Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

                    Case No.:  08–21906–GMB
                    Chapter:  13
                    Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fatmir Gjyleri | Nazmie Gjyleri |
| dba Jonni's Pizza and Grill | 39 Bartlett Blvd. |
| 39 Bartlett Blvd. | Egg Harbor Twp., NJ 08234 |
| Egg Harbor Twp., NJ 08234 | |

Social Security No.:
    xxx–xx–6978                           xxx–xx–0149

Employer's Tax I.D. No.:

_____

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 27, 2013</u>           <u>Gloria M. Burns</u>
                               Judge, United States Bankruptcy Court